# EXHIBIT D-1

| Industry | Sector | Subsector | Industry Group | May Continue Physical Operations | Notes |
|---|---|---|---|---|---|
| | | | In extenuating circumstances, special exemptions will be granted to businesses that are supplying or servicing health care providers. | | |
| Natural Resources and Mining | Agriculture, Forestry, Fishing, and Hunting | Crop Production | Oilseed and Grain Farming | Yes | |
| | | | Vegetable and Melon Farming | Yes | |
| | | | Fruit and Tree Nut Farming | Yes | |
| | | | Greenhouse, Nursery, and Floriculture Production | Yes | |
| | | | Other Crop Farming | Yes | |
| | | Animal Production | Cattle Ranching and Farming | Yes | |
| | | | Hog and Pig Farming | Yes | |
| | | | Poultry and Egg Production | Yes | |
| | | | Sheep and Goat Farming | Yes | |
| | | | Animal Aquaculture | Yes | |
| | | | Other Animal Production | Yes | |
| | | Forestry and Logging | Timber Tract Operations | No | |
| | | | Forest Nurseries and Local Gathering of Forest Products | No | |
| | | | Logging | No | |
| | | Fishing, Hunting, and Trapping | Fishing | Yes | |
| | | | Hunting and Trapping | Yes | |
| | | Support Activites for Agriculture & Forestry | Support Activities for Crop Production | Yes | |
| | | | Support Activities for Animal Production | Yes | |
| | | | Support Activities for Forestry | No | |
| | Mining, Quarrying, and Oil and Gas Extraction | Oil and Gas Extraction | | Yes | |
| | | Mining | Coal Mining | No | |
| | | | Metal Ore Mining | No | |
| | | | Nonmetallic Mineral Mining and Quarrying | No | |
| | | Support Activites for Mining | | No | |
| Construction | Construction | Construction of Buildings | Residential Building Construction | No | |
| | | | Nonresidential Building Construction | No | |
| | | Heavy and Civil Engineering Construction | Utility Subsystem Construction | No | |
| | | | Land Subdivision | No | |
| | | | Highway, Street, and Bridge Construction | No | |
| | | | Other Heavy and Civil Engineering Construction | No | |
| | | Specialty Trade Contractors | Foundation, Structure, and Building Exterior Contractors | No | |
| | | | Building Equipment Contractors | No | |
| | | | Building Finishing Contractors | No | |
| | | | Other Specialty Trade Contractors | No | |
| Manufacturing | Manufacturing | Food Manufacturing | Animal Food Manufacturing | Yes | |
| | | | Grain and Oilseed Milling | Yes | |
| | | | Sugar and Confectionery Product Manufacturing | Yes | |
| | | | Fruit and Vegetable Preserving and Specialty Food Manufacturing | Yes | |
| | | | Dairy Product Manufacturing | Yes | |
| | | | Animal Slaughtering and Processing | Yes | |
| | | | Seafood Product Preparation and Packaging | Yes | |
| | | | Bakeries and Tortilla Manufacturing | Yes | |
| | | | Other Food Manufacturing | Yes | |
| | | Beverage and Tobacco Product Manufacturing | Beverage Manufacturing | Yes | |
| | | | Tobacco Manufacturing | No | |
| | | Textile Mills | Fiber, Yarn, and Thread Mills | No | |
| | | | Fabric Mills | No | |
| | | | Textile and Fabric Finishing and Fabric Coating Mills | No | |
| | | Textile Product Mills | Textile Furnishing Mills | No | |
| | | | Other Textile Product Mills | No | |
| | | Apparel Manufacturing | Apparel Knitting Mills | No | |
| | | | Cut and Sew Apparel Manufacturing | No | |
| | | | Apparel Accessories and Other Apparel Manufacturing | No | |
| | | Leather & Allied Product Manufacturing | Leather and Hide Tanning and Finishing | No | |
| | | | Footwear Manufacturing | No | |
| | | | Other Leather and Allied Product Manufacturing | No | |
| | | Wood Product Manufacturing | Sawmills and Wood Preservation | No | |
| | | | Veneer, Plywood, and Engineered Wood Product Manufacturing | No | |
| | | | Other Wood Product Manufacturing | No | |
| | | Paper Manufacturing | Pulp, Paper, and Paperboard Mills | Yes | |
| | | | Converted Paper Product Manufacturing | Yes | |
| | | Printing & Related Support Activities | | No | |
| | | Petroleum & Coal Products Manufacturing | | Yes | |
| | | Chemical Manufacturing | Basic Chemical Manufacturing | Yes | |
| | | | Resin, Synthetic Rubber, and Artificial Synthetic Fibers and Filaments Manufacturing | Yes | |
| | | | Pesticide, Fertilizer, and Other Agricultural Chemical Manufacturing | Yes | |
| | | | Pharmaceutical and Medicine Manufacturing | Yes | |
| | | | Paint, Coating, and Adhesive Manufacturing | No | |
| | | | Soap, Cleaning Compound, and Toilet Preparation Manufacturing | Yes | |
| | | | Other Chemical Product and Preparation Manufacturing | Yes | |

| Industry | Sector | Subsector | Industry Group | May Continue Physical Operations | Notes |
|---|---|---|---|---|---|
| Manufacturing (continued) | Manufacturing (Continued) | Plastics & Rubber Products Manufacturing | Plastics Product Manufacturing | Yes | |
| | | | Rubber Product Manufacturing | Yes | |
| | | Nonmetallic Mineral Product Manufacturing | Clay Product and Refractory Manufacturing | No | |
| | | | Glass and Glass Product Manufacturing | No | |
| | | | Cement and Concrete Product Manufacturing | Yes | |
| | | | Lime and Gypsum Product Manufacturing | No | |
| | | | Other Nonmetallic Mineral Product Manufacturing | No | |
| | | Primary Metal Manufacturing | Iron and Steel Mills and Ferroalloy Manufacturing | Yes | |
| | | | Steel Product Manufacturing from Purchased Steel | Yes | |
| | | | Alumina and Aluminum Production and Processing | Yes | |
| | | | Nonferrous Metal (except Aluminum) Production and Processing | No | |
| | | | Foundries | No | |
| | | Fabricated Metal Product Manufacturing | Foring and Stamping | No | |
| | | | Cutlery and Handtool Manufacturing | No | |
| | | | Boiler, Tank, and Shipping Container Manufacturing | No | |
| | | | Hardware Manufacturing | No | |
| | | | Spring and Wire Product Manufacturing | No | |
| | | | Machine Shops, Turned Product, and Screw, Nut, and Bolt Manufacturing | No | |
| | | | Coating, Engraving, Heat Turning, and Allied Activities | No | |
| | | | Other Fabricated Metal Product Manufacturing | No | |
| | | Machine Manufacturing | Agriculture, Construction, and Mining Machinery Manufacturing | Yes | |
| | | | Industrial Machinery Manufacturing | No | |
| | | | Commercial and Service Industry Machinery Manufacturing | Yes | |
| | | | Ventilation, Heating, Air-Conditioning, and Commercial Refrigeration Equipment Manufacturing | Yes | |
| | | | Metalworking Machinery Manufacturing | No | |
| | | | Engine, Turbine, and Power Transmission Equipment Manufacturing | Yes | |
| | | | Other General Purpose Machinery Manufacturing | No | |
| | | Computer & Electronic Product Manufacturing | Computer and Peripheral Equipment Manufacturing | No | |
| | | | Communications Equipment Manufacturing | No | |
| | | | Audio and Video Equipment Manufacturing | No | |
| | | | Semiconductor and Other Electrical Component Manufacturing | Yes | |
| | | | Navigational, Measuring, Electromedical, and Control Instruments Manufacturing | Yes | |
| | | | Manufacturing and Reproducing Magnetic and Optical Media | No | |
| | | Electrical Equipment, Appliance, & Component Manufacturing | Electric Lighting Equipment Manufacturing | No | |
| | | | Household Appliance Manufacturing | No | |
| | | | Electrical Equipment Manufacturing | No | |
| | | | Other Electrical Equipment and Component Manufacturing | No | |
| | | Transportation Equipment Manufacturing | Motor Vehicle Manufacturing | No | |
| | | | Motor Vehicle Body and Trailer Manufacturing | No | |
| | | | Motor Vehicle Parts Manufacturing | No | |
| | | | Aerospace Product and Parts Manufacturing | No | |
| | | | Railroad Rolling Stock Manufacturing | No | |
| | | | Ship and Boat Building | No | |
| | | | Other Transportation Equipment Manufacturing | No | |
| | | Furniture & Related Product Manufacturing | Household and Institutional Furniture and Kitchen Cabinet Manufacturing | No | |
| | | | Office Furniture (including Fixtures) Manufacturing | No | |
| | | | Other Furniture Related Product Manufacturing | No | |
| | | Miscellaneous Manufacturing | Medical Equipment and Supplies Manufacturing | Yes | |
| | | | Other Miscellaneous Manufacturing | No | |

| Industry | Sector | Subsector | Industry Group | May Continue Physical Operations | Notes |
|---|---|---|---|---|---|
| Trade, Transportation, & Utilities | Wholesale Trade | Merchant Wholesalers, Durable Goods | Motor Vehicle and Motor Vehicle Parts and Supplies Merchant Wholesalers | Yes | |
| | | | Furniture and Home Furnishing Merchant Wholesalers | No | |
| | | | Lumber and Other Construction Materials Merchant Wholesalers | No | |
| | | | Professional and Commercial Equipment and Supplies Merchant Wholesalers | Yes | |
| | | | Metal and Mineral (except Petroleum) Merchant Wholesalers | Yes | |
| | | | Electrical and Electronic Goods Merchant Wholesalers | Yes | |
| | | | Hardware, and Plumbing and Heating Equipment and Supplies Merchant Wholesalers | Yes | |
| | | | Machinery, Equipment, and Supplies Merchant Wholesalers | Yes | |
| | | | Miscellaneous Durable Goods Merchant Wholesalers | Yes | |
| | | Merchant Wholesalers, Nondurable Goods | Paper and Product Merchant Whoelsalers | Yes | |
| | | | Drugs and Druggists' Sundries Merchant Wholesalers | Yes | |
| | | | Apparel, Piece Goods, and Notions Merchant Wholesalers | No | |
| | | | Grocery and Related Product Wholesalers | Yes | |
| | | | Farm Product Raw Material Merchant Wholesalers | Yes | |
| | | | Chemical and Allied Products Merchant Wholesalers | Yes | |
| | | | Petroleum and Petroleum Products Merchant Wholesalers | Yes | |
| | | | Beer, Wine, and Distilled Alcoholic Beverage Merchant Wholesalers | Yes | |
| | | | Miscellaneous Nondurable Goods Merchant Wholesalers | No | |
| | | Wholesale Electronic Markets and Agents & Brokers | | No | |
| | Retail Trade | Motor Vehicle & Parts Dealers | Automobile Dealers | No | |
| | | | Other Motor Vehicle Dealers | No | |
| | | | Automotive Parts, Accessories, and Tire Stores | Yes | |
| | | Furniture & Home Furnishing Stores | Furniture Stores | No | |
| | | | Home Furnishings Stores | No | |
| | | Electronics & Appliance Stores | | No | |
| | | Building Material, Garden Equipment, & Supplies Dealers | Building Material and Supplies Dealers | Yes | |
| | | | Lawn and Garden Equipment and Supplies Stores | No | |
| | | Food & Beverage Stores | Grocery Stores | Yes | |
| | | | Specialty Food Stores | No | |
| | | | Beer, Wine, and Liquor Stores (Beer Distributors to Remain Open) | Yes | |
| | | Health & Personal Care Stores | | No | |
| | | Gasoline Stations | | Yes | |
| | | Clothing & Clothing Accessories Stores | Clothing Stores | No | |
| | | | Shoe Stores | No | |
| | | | Jewelry, Luggage, and Leather Goods Stores | No | |
| | | Sporting Goods, Hobby, Book, & Music Stores | Sporting Goods, Hobby, and Musical Instrument Stores | No | |
| | | | Book, Periodical, and Music Stores | No | |
| | | General Merchandise Stores | Department Stores | No | |
| | | | Other General Merchandise Stores | Yes | |
| | | Miscellaneous Store Retailers | Florists | No | |
| | | | Office Supplies, Stationery, and Gift Stores | No | |
| | | | Used Merchandise Stores | No | |
| | | | Other Miscellaneous Store Retailers | No | |
| | | Nonstore Retailers | Electronic Shopping and Mail-Order Houses | Yes | |
| | | | Vending Machine Operators | No | |
| | | | Direct Selling Establishments | No | |
| | Transportation and Warehousing | Air Transportation | Scheduled Air Transportation | Yes | |
| | | | Nonscheduled Air Transportation | Yes | |
| | | Rail Transportation | | Yes | |
| | | Water Transportation | Deep Sea, Coastal, and Great Lakes Water Transportation | Yes | |
| | | | Inland Water Transportation | Yes | |
| | | Truck Transportation | General Freight Trucking | Yes | |
| | | | Specialized Freight Trucking | Yes | |
| | | Transit and Ground Passenger Transportation | Urban Transit Systems | Yes | |
| | | | Interurban and Rural Bus Transportation | Yes | |
| | | | Taxi and Limousine Service | Yes | |
| | | | School and Employee Bus Transportation | Yes | |
| | | | Charter Bus Industry | No | |
| | | | Other Transit and Ground Passenger Transportation | Yes | |
| | | Pipeline Transportation | Pipeline Transportation of Crude Oail | Yes | |
| | | | Pipeline Transportation of Natural Gas | Yes | |
| | | | Other Pipeline Transportation | Yes | |
| | | Scenic and Sightseeing Transportation | Scenic and Sightseeing Transportation, Land | No | |
| | | | Scenic and Sightseeing Transportation, Water | No | |
| | | | Scenic and Sightseeing Transportation, Other | No | |
| | | Support Activities for Transportation | Support Activities for Air Transportation | Yes | |
| | | | Support Activities for Rail Transportation | Yes | |
| | | | Support Activities for Water Transportation | Yes | |
| | | | Support Activites for Road Transportation | Yes | |
| | | | Freight Transportation Arrangement | Yes | |
| | | | Other Support Activities for Transportation | Yes | |
| | | Postal Service | | Yes | |
| | | Couriers and Messengers | Couriers | Yes | |
| | | | Local Messengers and Local Delivery | Yes | |
| | | Warehousing and Storage | | Yes | |
| | Utilities | Utilities | Electric Power Generation, Transmission, and Distribution | Yes | |
| | | | Natural Gas Distribution | Yes | |
| | | | Water, Sewage and Other Systems | Yes | |

| Industry | Sector | Subsector | Industry Group | May Continue Physical Operations | Notes |
|---|---|---|---|---|---|
| Information | Information | Publishing Industries (except Internet) | Newspaper, Periodical, Book, and Directory Publishers | Yes | |
| | | | Software Publishers | No | |
| | | Motion Picture and Sound Recording Industries | Motion Picture and Video Industries | No | |
| | | | Sound Recording Industries | No | |
| | | Broadcasting (except Internet) | Radio and Television Broadcasting | Yes | |
| | | | Cable and Other Subscription Programming | Yes | |
| | | Telecommunications | Wired Telecommunications Carriers | Yes | |
| | | | Wireless Telecommunications Carriers (except Satellite) | Yes | |
| | | | Telecommunications Resellers | No | |
| | | | Satellite Telecommunications | Yes | |
| | | | Cable and Other Program Distribution | Yes | |
| | | | Other Telecommunications | Yes | |
| | | Data Processing, Hosting, and Related Services | | Yes | |
| | | Other Information Services | | Yes | |
| Financial Activities | Finance and Insurance | | Monetary Authorities - Central Bank | Yes | |
| | | Credit Intermediation and Related Activities | Depository Credit Intermediation | Yes | |
| | | | Nondepository Credit Intermediation | Yes | |
| | | | Activities Related to Credit Intermediation | Yes | |
| | | Securities, Commodity Contracts, and Other Financial Investments and Related Activities | Securities and Commodity Contracts Intermediation and Brokerage | No | |
| | | | Securities and Commodity Exchanges | No | |
| | | | Other Financial Investment Activities | No | |
| | | Insurance Carriers and Related Activities | Insurance Carriers | No | |
| | | | Agencies, Brokerages, and Other Insurance Related Activities | No | |
| | | Funds, Trusts, and Other Financial Activities | Insurance and Employee Benefit Funds | No | |
| | | | Other Investment Pools and Funds | No | |
| | Real Estate and Rental and Leasing | Real Estate | Lessors of Real Estate | No | |
| | | | Offices of Real Estate Agents and Brokers | No | |
| | | | Activities Related to Real Estate | No | |
| | | Rental and Leasing Services | Automotive Equipment Rental and Leasing | Yes | |
| | | | Consumer Goods Rental | Yes | |
| | | | General Rental Centers | Yes | |
| | | | Commercial and Industrial Machinery and Equipment Rental and Leasing | Yes | |
| | | Lessors of Nonfinancial Intangible Assets (except Copyrighted Works) | | No | |
| Professional and Business Services | Professional, Scientific, and Technical Services | | Legal Services | No | |
| | | | Accounting, Tax Preparation, Bookkeeping, and Payroll Services | No | |
| | | | Architectural, Engineering, and Related Services | No | |
| | | | Specialized Design Services | No | |
| | | | Computer Systems Design and Related Services | No | |
| | | | Management, Scientific, and Technical Consulting Services | No | |
| | | | Scientific Research and Development Services | Yes | |
| | | | Advertising and Related Services | No | |
| | | | Other Professional, Scientific, and Technical Services | Yes | |
| | | Management of Companies and Enterprises | | No | |
| | Administration and Support and Waste Management and Remediation Services | Administrative and Support Services | Office Administrative Services | No | |
| | | | Facilities Support Services | Yes | |
| | | | Employment Services | No | |
| | | | Business Support Services | No | |
| | | | Travel Arrangement and Reservation Services | No | |
| | | | Investigation and Security Services | Yes | |
| | | | Services to Building and Dwellings | Yes | |
| | | | Other Support Services | No | |
| | | Waste Management and Remediation Services | Waste Collection | Yes | |
| | | | Waste Treatment and Disposal | Yes | |
| | | | Remediation and Other Waste Management Services | Yes | |
| Education and Health Services | Educational Services | | Elementary and Secondary Schools | No | |
| | | | Junior Colleges | No | |
| | | | Colleges, Universities, and Professional Schools | No | |
| | | | Business Schools and Computer and Management Training | No | |
| | | | Technical and Trade Schools | No | |
| | | | Other Schools and Instruction | No | |
| | | | Education Support Services | No | |
| | Health Care and Social Assistance | Ambulatory Health Care Services | Offices of Physicians | Yes | Elective procedures prohibited |
| | | | Offices of Dentists | Yes | Elective procedures prohibited |
| | | | Offices of Other Health Practitioners | Yes | Elective procedures prohibited |
| | | | Outpatient Care Centers | Yes | Elective procedures prohibited |
| | | | Medical and Diagnostic Laboratories | Yes | Elective procedures prohibited |
| | | | Home Health Care Services | Yes | Elective procedures prohibited |
| | | | Other Ambulatory Health Care Services | Yes | Elective procedures prohibited |
| | | Hospitals | General Medical and Surgical Hospitals | Yes | Elective procedures prohibited |
| | | | Psychiatric and Substance Abuse Hospitals | Yes | Elective procedures prohibited |
| | | | Specialty (except Psychiatric and Substance Abuse) Hospitals | Yes | Elective procedures prohibited |
| | | Nursing and Residential Care Facilities | Nursing Care Facilities | Yes | |
| | | | Residential Mental Retardation, Mental Health and Substance Abuse Facilities | Yes | |
| | | | Community Care Facilities for the Elderly | Yes | |
| | | | Other Residential Care Facilities | Yes | |
| | | Social Assistance | Individual and Family Services | Yes | |
| | | | Community Food and Housing, and Emergency and Other Relief Services | Yes | |
| | | | Vocational Rehabilitation Services | Yes | |
| | | | Child Day Care Services | No | |

| Industry | Sector | Subsector | Industry Group | May Continue Physical Operations | Notes |
|---|---|---|---|---|---|
| Leisure and Hospitality | Arts, Entertainment, and Recreation | Performing Arts, Spectator Sports, and Related Industries | Performing Arts Companies | No | |
| | | | Spectator Sports | No | |
| | | | Promoters of Performing Arts, Sports, and Similar Events | No | |
| | | | Agents and Managers for Artists, Athletes, Entertainers, and Other Public Figures | No | |
| | | | Independent Artists, Writers, and Performers | No | |
| | | Museums, Historical Sites, and Similar Institutions | | No | |
| | | Amusement, Gambling, and Recreation Industries | Amusement Parks and Arcades | No | |
| | | | Gambling Industries | No | |
| | | | Other Amusement and Recreation Industries | No | |
| | Accommodation and Food Services | Accommodation | Traveler Accommodation | No | |
| | | | RV (Recreational Vehicle) Parks and Recreational Camps | Yes | Residential only |
| | | | Rooming and Boarding Houses | Yes | Residential only |
| | | Food Services and Drinking Places | Full-Service Restaurants | Yes | Takeout only |
| | | | Limited-Service Eating Places | Yes | Takeout only |
| | | | Special Food Services | No | |
| | | | Drinking Places (Alcoholic Beverages) | No | |
| Other Services (Except Public Administration) | Other Services (except Public Administration) | Repair and Maintenance | Automotive Repair and Maintenance | Yes | |
| | | | Electronic and Precision Equipment Repair and Maintenance | Yes | |
| | | | Commercial and Industrial Machinery and Equipment (except Automotive and Electronic) Repair and Maintenance | Yes | |
| | | | Personal and Household Goods Repair and Maintenance | Yes | |
| | | Personal and Laundry Services | Personal Care Services | No | This category includes barbershops, nail salons, beauty salons, gyms (including yoga, barre and spin facilities). |
| | | | Death Care Services | Yes | |
| | | | Drycleaning and Laundry Services | No | |
| | | | Other Personal Services | No | |
| | | Religious, Grantmaking, Civic, Professional, and Similar Organizations | Religious Organizations | Yes | |
| | | | Grantmaking and Giving Services | Yes | |
| | | | Social Advocacy Organizations | Yes | |
| | | | Civic and Social Organizations | Yes | |
| | | | Business, Professional, Labor, Political, and Similar Organizations | No | |
| | | Private Households | | No | |