# EXHIBIT 3

**UNITED STATES OF AMERICA**

**STATE OF ILLINOIS** **COUNTY OF DU PAGE**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

ITS NICE INC

-VS-

STATE FARM FIRE AND CASUALTY CO

2020L000547
**CASE NUMBER**

**FILED**
20 Sep 29   PM 01: 07

*Chris Kachiroubas*
**CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS**

**ORDER**

For the reasons stated on the record, Defendant State Farm's 2-615 motion to dismiss is granted, with prejudice, with respect to both Count I and Count II of Plaintiff's complaint.

Submitted by: JUDGE BRYAN CHAPMAN
DuPage Attorney Number:
Attorney for:
Address:
City/State/Zip:
Phone number:

File Date: 09/29/2020
Entered: _____
JUDGE BRYAN CHAPMAN
Validation ID : DP-09292020-0107-11175

Date: 09/29/2020