IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ULTIMATE HEARING SOLUTIONS II, LLC, et al | : | CIVIL ACTION |
| v. | : : : | No. 20-2401 |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, et al | | |

## **ORDER**

AND NOW, this 5th day of November, 2020, it is hereby **ORDERED** that **Oral Arguments on the Cross Motions for Summary Judgment (ECF No. 19 & 20)** are scheduled for **November 19, 2020 at 11:00 AM,** and will be conducted via video conference.

All attorneys and other case participants must review the **Video Conference Instructions**, which are attached to this Order.  Counsel are further directed to conduct a test of the conferencing platform at their own convenience.  If counsel anticipate any technical difficulties, please notify the deputy clerk no later than three (3) business days prior to the date of the proceeding.

On the day of the proceeding, all case participants shall connect to the video conference from a convenient location, approximately 45 minutes prior to the start time.  Counsel are further advised to wear professional business attire, as this will be an official proceeding with a court reporter taking the record.

1

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.