# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ULTIMATE HEARING SOLUTIONS II, LLC,** et al. | : <br> : <br> : <br> :    CIVIL ACTION <br> *Plaintiffs,*     : <br> : <br> v.     :    NO. 20-2401 <br> : <br> **TWIN CITY FIRE INSURANCE COMPANY,**    : <br> : <br> *Defendant.*    : |

## ORDER

**AND NOW**, this **14th** day of **January 2021**, upon consideration of Plaintiffs' Cross Motion for Summary Judgment (ECF No. 19), Defendant's Cross Motion for Summary Judgment (ECF No. 20), Plaintiffs' response in opposition (ECF No. 25), Defendant's response in opposition (ECF No. 26), and Plaintiffs' reply (ECF No. 27), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 20) is **GRANTED.**

It is **FURTHER ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 19) is **DENIED**. The Clerk of Court is directed to close this matter.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**