UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-3124
_____

RHONDA H. WILSON; THE LAW OFFICES OF RHONDA HILL WILSON, P.C.,
Appellants

v.

USI INSURANCE SERVICE LLC; HARTFORD CASUALTY INSURANCE
COMPANY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-03384)
District Judge: Honorable Eduardo C. Robreno

_____

No. 20-3501
_____

TOPPERS SALON & HEALTH SPA, INC.,
Appellant

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-03342)
District Judge: Honorable Joshua D. Wolson

_____

No. 20-3594
_____

4431, INC.; 4431 ASSOC., LP; 3354 WALBERT ASSOC., LP; 3354 WALBERT AVENUE ASSOCIATES, LLC; BLUE GRILLE HOUSE AND WINE BAR; 4131 ASSOCIATES CANDLELIGHT INN; 2960 CENTER VALLEY PARKWAY, LLC; 3739 WEST CHESTER PIKE, LLC; MELT RESTAURANT GROUP, LLC; PAXOS RESTAURANTS, INC.; MELT REAL ESTATE GROUP, LP; TOP CUT STEAKHOUSE,

                              Appellants

v.

CINCINNATI INSURANCE COMPANIES; CINCINNATI INSURANCE COMPANY; CINCINNATI CASUALTY COMPANY; CINCINNATI INDEMNITY COMPANY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5:20-cv-04396)
District Judge: Honorable Joseph F. Leeson, Junior

_____

No. 21-1038

_____

LH DINING L.L.C., d/b/a River Twice Restaurant,
                              Appellant

v.

ADMIRAL INDEMNITY COMPANY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-01869)
District Judge: Honorable Timothy J. Savage

_____

No. 21-1039

_____

2

NEWCHOPS RESTAURANT COMCAST LLC, d/b/a CHOPS,
Appellant

v.

ADMIRAL INDEMNITY COMPANY

_____

On Appeal from the District Court
for the Eastern District of Pennsylvania
(D.C. No 2:20-cv-01949)
District Judge: Honorable Timothy J. Savage

_____

No. 21-1061

_____

BOULEVARD CARROLL ENTERTAINMENT GROUP, INC.,
Appellant

v.

FIREMAN'S FUND INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:20-cv-11771)
District Judge: Honorable Susan D. Wigenton

_____

No. 21-1106

_____

ADRIAN MOODY; ROBIN JONES, d/b/a Moody Jones Gallery,
Appellants

v.

TWIN CITY FIRE INSURANCE COMPANY

_____

On Appeal from the United States District Court

for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-02856)
District Judge: Honorable Chad F. Kenney

_____

No. 21-1107

_____

ATCM OPTICAL, INC; OMEGA OPTICAL, INC; OMEGA OPTICAL AT COMCAST CENTER LLC, d/b/a OMEGA Optical,
                                Appellants

v.

TWIN CITY FIRE INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-04238)
District Judge: Honorable Chad F. Kenney

_____

No. 21-1109

_____

1 S.A.N.T., INC.,
                                Appellant

v.

NATIONAL FIRE & MARINE INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2:20-cv-00862)
District Judge: Honorable William S. Stickman, IV

_____

No. 21-1175

_____

4

INDEPENDENCE RESTAURANT GROUP, LLC on behalf of itself and all others similarly situated d/b/a Independence Beer Garden,
*Appellant*

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-02365)
District Judge: Honorable Chad F. Kenney

_____

No. 21-1240

_____

ULTIMATE HEARING SOLUTIONS II, LLC; ULTIMATE HEARING SOLUTIONS III, LLC; ULTIMATE HEARING SOLUTIONS IV, LLC; ULTIMATE HEARING SOLUTIONS V, LLC; ULTIMATE HEARING SOLUTIONS VI, LLC,
*Appellants*

v.

TWIN CITY FIRE INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-02401)
District Judge: Honorable Chad F. Kenney

_____

No. 21-1294

_____

WHISKEY FLATS INC., T/A Out of Wack Jack's Bar & Grill,
*Appellant*

v.

AXIS INSURANCE COMPANY

5

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:20-cv-03451)
District Judge: Honorable Chad F. Kenney

_____

No. 21-1315

_____

THE EYE CARE CENTER OF NEW JERSEY, PA, on behalf of itself and all others similarly situated,

          Appellant

v.

TWIN CITY FIRE INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:20-cv-05743)
District Judge: Honorable Kevin McNulty

_____

No. 21-1414

_____

IN THE PARK SAVOY CATERERS LLC, t/a The Park Savoy; IN THE PARK CHATEAU CATERERS LLC, on behalf of itself and all others similarly situated,

          Appellants

v.

SELECTIVE INSURANCE GROUP INC.; SELECTIVE CASUALTY INSURANCE COMPANY

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:20-cv-06869)
District Judge: Honorable Madeline C. Arleo

6

---

Argued: September 28, 2022

---

Before: CHAGARES, Chief Judge, McKEE[*] and PORTER, Circuit Judges

---

JUDGMENT

---

This cause came to be considered on appeal from the United States District Courts for the Eastern District of Pennsylvania, Western District of Pennsylvania, and District of New Jersey and was argued on September 28, 2022.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgments and orders of the District Courts are hereby AFFIRMED. Costs shall be taxed against the appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: January 6, 2023

*as to remaining appeals except 21-1061, 21-1315 & 21-1414

Certified as a true copy and issued in lieu of a formal mandate on October 15, 2024

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

---

[*] Judge McKee assumed senior status on October 21, 2022

7